ROBERT E. FREITAS (SBN 80948)
rfreitas@fawlaw.com
JOSHUA L. YOUNG (SBN 294055)
jyoung@fawlaw.com
FREITAS & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

Attorneys for Plaintiff
Anne Marie Paquin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE MARIE PAQUIN,<br><br>Plaintiff,<br><br>v.<br><br>DANDELION VENTURES, LLC,<br>a Delaware limited liability company,<br><br>Defendant. | No. 3:18-cv-05552-JST<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Pursuant to Civil L.R. 6-2, and subject to the approval of the Court as provided below, the parties, Plaintiff Anne Marie Paquin and Defendant Dandelion Ventures, LLC, by and through their respective counsel, hereby stipulate to extend the time for Defendants to respond to Plaintiff's complaint and to continue the initial case management conference scheduled for December 19, 2018. The parties state as follows:

1.  On November 14, 2018, a service package, including the summons and complaint, was served on Dandelion's California registered agent for service of process. ECF No. 10.

2.  Plaintiff contends that Defendant's time to respond to the complaint elapsed on December 6, 2018, and filed a Request For Entry of Default on December 7, 2018. ECF No. 11.

3.  On December 10, counsel for Dandelion contacted counsel for Plaintiff for the first time.

-1-

4. Dandelion contends that it did not receive the service package until Friday, December 7, and Dandelion does not admit its agent for service was served or that the entity served was Dandelion's agent for service, as Dandelion's counsel does not have sufficient information to form an opinion as to those allegations at this time.

5. Dandelion requires additional time to review the claims raised in the complaint;

6. The parties have conferred and Plaintiff has agreed to withdraw its Request For Entry of Default and the parties have agreed to extend the time for Defendant to answer by 29 days, from the previous deadline of December 6, 2018 to January 4, 2018.

7. By Order dated September 18, 2018, the Court set an initial case management conference at 2:00 p.m. on December 19, 2018. ECF No. 9. The parties further stipulate to continue the initial case management conference by 35 days, from December 19 to January 23, 2019, and adopt the related deadlines described in the Court's September 12 Order, ECF No. 4, and modified below:

| PROPOSED CASE SCHEDULE | |
|---|---|
| **Date** | **Event** |
| 1/4/2019 | Defendant's Answer Due |
| 1/11/2019 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) |
| 1/14/2019 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) |
| 1/23/2019 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 2:00 PM in:<br>Courtroom 9, 19th Floor<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

8. No prior extensions of time have been requested or granted.

9. This change will not alter the date of any other event or deadline already fixed by Court order, other than the date of the initial case management conference.

THEREFORE, IT IS HEARBY STIPULATED by and between Plaintiff and Defendant that Defendant has until January 4, 2019 to respond to Plaintiff's complaint. The parties further respectfully request that the initial case management conference be continued to January 23, 2019.

Dated: December 14, 2018

ROBERT E. FREITAS
JOSHUA L. YOUNG
FREITAS & WEINBERG LLP

*/s/ Joshua L. Young*
Joshua L. Young
Attorneys for Plaintiff
Anne Marie Paquin

Dated: December 14, 2018

ALAN S. LEVINS
AMIS PAN
LITTLER MENDLESON P.C.

*/s/ Alan S. Levins*
Alan S. Levins
Attorneys for Defendant
Dandelion Ventures, LLC

**ATTESTATION**

In accordance with Civil L.R 5(i)(3), I, Joshua L. Young, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

Dated: December 14, 2018

*/s/ Joshua L. Young*
Joshua L. Young

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Defendant is to answer or otherwise respond to Plaintiff's complaint by January 4, 2019. The initial case management conference will be held on January 23, 2019, at 2:00 p.m. The parties shall file a joint case management conference statement on Monday, January 14, 2019.

Date: December 18, 2018

The Honorable Jon S. Tigar
United States District Judge