ROBERT E. FREITAS (SBN 80948)
rfreitas@fawlaw.com
JOSHUA L. YOUNG (SBN 294055)
jyoung@fawlaw.com
FREITAS & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California  94065
Telephone:     (650) 593-6300
Facsimile:     (650) 593-6301

Attorneys for Plaintiff
Anne Marie Paquin

LYN R. AGRE (SBN 178218)
lagre@kasowitz.com
KASOWITZ BENSON TORRES LLP
101 California Street, Suite 3000
San Francisco, California  94111
Telephone:   (415) 421-6140
Facsimile:   (415) 398-5030

Attorney for Defendant
Dandelion Ventures, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE MARIE PAQUIN,<br><br>            Plaintiff,<br><br>      v.<br><br>DANDELION VENTURES, LLC,<br>a Delaware limited liability company,<br><br>            Defendant. | No.  4:18-cv-05552-JST<br><br>[PROPOSED] **ORDER GRANTING DISMISSAL WITH PREJUDICE** |

1 | The Court having considered the parties' Joint Stipulation Of Dismissal With Prejudice, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. This action is dismissed with prejudice, with each Party to bear her or its own costs and attorneys' fees.

2. Following dismissal of this action, the Court will retain jurisdiction for the purpose of enforcing the parties' settlement.

Date: July 9, 2020

_____
Hon. Jon S. Tigar
United States District Judge